JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY HANNA, an individual, | Case No: 2:24-cv-01577-MWF-JC |
| Plaintiff, | Judge: Michael W. Fitzgerald |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| TESLA MOTORS, INC., a Delaware Corporation, and DOES 1 through 25, inclusive, | |
| Defendants. | |

Based on the parties' Stipulation of Dismissal (Docket No. 16), and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED DISMISSED with prejudice, in accordance with the terms of the written settlement agreement entered into between the parties.

**IT IS SO ORDERED.**

Dated: June 10, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge